JAMES R. KIRBY II (SBN 088911)
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant JOHN BONILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL UNION NO., 3, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, et al.,<br><br>　　　Plaintiff,<br><br>v.<br><br>DONALD DOSER, et al.,<br><br>　　　Defendants.<br>_____/<br>BARRY HINKLE, an individual, and WEINBERG, ROGER & ROSENFELD;<br><br>　　　Counterclaim Plaintiffs,<br><br>v.<br><br>JOHN BONILLA, an individual;<br><br>　　　Counterclaim Defendant.<br>_____/ | Case No. 2:06-cv-01716-DFL-PAN(JFM)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COUNTERCLAIM** |

　　　The counterclaim filed by counterclaimants Weinberg, Roger and Rosenfeld and Barry Hinkle was served on August 4, 2006, by Federal Express delivery. The responsive pleading from Counterdefendant John Bonilla would otherwise be due on August 28, 2006. Fed.R.Civ.Pro. 6(e). The parties stipulate that Counterdefendant may have an additional thirty

1
STIPULATION TO EXTEND TIME TO RESPOND TO THE COUNTERCLAIM

1  days to respond or until September 27, 2006.

3  Dated: August 18, 2006                              SEGAL & KIRBY

                                              By:    /s/James R. Kirby
                                                     JAMES R. KIRBY II
                                                     Attorneys for Counterclaim
                                                     Defendant

                                                     KEKER & VAN NEST LLP

8  DATED: August 18, 2006                             /s/   Rachael E. Meny
                                                     Rachael E. Meny
                                                     Attorneys for Counterclaim Plaintiffs

           IT IS SO ORDERED.

12  DATED: 8/24/2006

                                                     _____
                                                     DAVID F. LEVI
                                                     United States District Judge