Edward Freidberg, SBN 031279
Port J. Parker, SBN 179256
Alan W. Foutz, SBN 155145
FREIDBERG & PARKER, A Law Corporation
650 University Avenue, Suite 205
Sacramento, California 95825
Telephone: (916) 929-9060
Facsimile:   (916) 929-9068

Attorneys for Counter Claim Defendant,
JOHN BONILLA

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL UNION NO. 3, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, et al.<br><br>             Plaintiffs,<br>Vs.<br><br>DONALD DOSER, et al.,<br><br>             Defendants.<br>_____/<br><br>BARRY HINKLE, an individual, and WEINBERG, ROGER & ROSENFELD;<br><br>             Counterclaim Plaintiffs,<br>Vs.<br><br>JOHN BONILLA, an individual;<br><br>             Counterclaim Defendant.<br>_____/ | Case No. 2:06-cv-01716-DFL-PAN (JFM)<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS [LOCAL RULE 83-182(g)]** |

1.     IT IS HEREBY STIPULATED by and between the undersigned parties to the following substitution of attorney.

---

2. The Law Offices of KIRBY & SEGAL and attorney James R. Kirby, II, located at 770 L Street, Suite 1440, Sacramento, California 95814, the current attorneys of record for Counterclaim Defendant John Bonilla shall be herein substituted out.

3. The Law Office of FREIDBERG & PARKER, LLP and all attorneys admitted to the Eastern District who are therein employed, including but not limited to, Edward Freidberg, Port J. Parker, Alan W. Foutz and Wendy Taylor, located at 650 University Ave., Suite 205, Sacramento, California 95825, are hereby substituted in as the new attorneys of record for John Bonilla.

IT IS SO STIPULATED.

DATED: August ____, 2006

By: _____
    JOHN BONILLA

DATED: August ____, 2006    KIRBY & SEGAL

By: _____
    JAMES R. KIRBY, II

DATED: August ____, 2006    FREIDBERG & PARKER

By: _____
    EDWARD FREIDBERG

IT IS SO ORDERED

DATED: August 30, 2006

_____
DAVID F. LEVI
United States District Judge