IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| OPERATING ENGINEERS LOCAL UNION NO. 3, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, et al., <br>    Plaintiffs, <br><br> v. <br><br> DONALD DOSER, et al., <br>    Defendants. | CIV-S-06-1716 DFL/EFB <br><br><br> ORDER |
|---|---|
| BARRY HINKLE; WEINBERG, ROGER & ROSENFELD; <br>    Cross-Complainants, <br><br> v. <br><br> JOHN BONILLA, <br>    Cross-Defendant. | |

On August 25, 2006, plaintiffs filed a motion to remand this action to state court. Defendants and Cross-complainants originally seeking removal have since filed statements of non-opposition to the remand motion. The motion is therefore

1

1  GRANTED.  The clerk shall remand this case to Sacramento County
2  Superior Court.
3          IT IS SO ORDERED.
4  Dated: 9/29/2006

                                    _____
                                    DAVID F. LEVI
                                    United States District Judge

2